

# Missouri Court of Appeals
## Southern District

**JANUARY 27, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD32802

     Re:    JUSTIN T. DOOLEY,
            Appellant,
            vs.
            STATE OF MISSOURI,
            Respondent.